■ In the Matter of D. DOUGLAS KEEGAN, an Attorney, Resignor. [771 NYS2d 756]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of TARAS M. McKEY, an Attorney, Resignor. [771 NYS2d 756]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of NANCY ANN PIGGUSH, an Attorney, Resignor. [771 NYS2d 756]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Hurlbutt, Scudder and Hayes, JJ.

■ In the Matter of DOUGLAS E. ROWE, an Attorney, Respondent. [774 NYS2d 855]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Pine, J.P., Scudder, Gorski and Lawton, JJ.

■ In the Matter of MICHAEL J. WALLACE, For Reinstatement to the Practice of Law. [774 NYS2d 855]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GUERRIDO, Appellant. [771 NYS2d 787]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Kehoe, JJ.